MARY FARLEY BOND, Respondent, v. BRIDGET FARLEY and Others, Defendants, Impleaded with AGNES SULLIVAN and KATHERINE SULLIVAN O'LEARY, Appellants. — Order modified so as to require paragraph 7 of the complaint to be made more definite and certain by stating whether the declaration of trust was oral or in writing, and if in writing to set forth the substance of such agreement, and as so modified affirmed, without costs, without prejudice to a renewal of the motion to strike out allegations of the complaint with respect to partition. No opinion. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

ANNA ROBBINS, Appellant, v. THE NATIONAL CITY BANK OF NEW YORK, Respondent, Impleaded with Another. (Appeal No. 1.) ANNA ROBBINS, Appellant, v. THE NATIONAL CITY BANK OF NEW YORK, Respondent, Impleaded with Another. (Appeal No. 2.) — The motion to dismiss these appeals must be granted because of the failure to serve notice of appeal upon the interpleaded defendant. Upon the merits, however, the court is of the opinion that the orders appealed from were proper. Motion to dismiss appeals granted, with ten dollars costs. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

LIBBY BERNSTEIN v. UNITED STATES FIDELITY AND GUARANTY COMPANY.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

CAMILLE GEARY v. JOHN RICHARD GEARY.— Motion for leave to appeal to the Court of Appeals or for a reargument and for a stay denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

GEORGE S. VAN SCHAICK, Superintendent of Insurance of the State of New York, as Liquidator of the EQUITABLE CASUALTY AND SURETY COMPANY, v. HARRY H. DORSEN.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

HENRY GUTTAG and JULIUS GUTTAG v. NATIONAL SURETY COMPANY.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted until the granting or final refusal by the Court of Appeals of leave to appeal, upon defendant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

In the Matter of the Third Intermediate Judicial Settlement of the Account of Proceedings of GEORGE MERZBACH and GUSTAV NEUMOND, as Surviving Administrators of the Estate of KARL NEUMOND, Deceased.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

BENJAMIN F. FOSTER v. WM. A. WHITE & SONS.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.